IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HEATHER BROWN, et al.,

   Plaintiffs,

     v.

CREDIT MANAGEMENT, LP,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-2274-TWT

**ORDER**

This is an action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 33] of the Magistrate Judge recommending granting the Motion to Drop Parties Pursuant to FRCP 21 [Doc. 19]; granting the Motion for Leave to File Second Amended Complaint [Doc. 25] ; and Denying as moot the Motion for Judgment on the Pleadings as to Plaintiffs' TCPA Claims [Doc. 18]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Drop Parties Pursuant to FRCP 21 [Doc. 19] is GRANTED;  the Motion for Leave to File Second Amended Complaint [Doc. 25] is GRANTED; and the Motion for Judgment on the Pleadings as to Plaintiffs' TCPA Claims [Doc. 18] is DENIED as moot.

T:\ORDERS\14\Brown\14cv2274\r&r.wpd

SO ORDERED, this 15 day of January, 2015.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge