IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HEATHER BROWN, et al.,

   Plaintiffs,

  v.

CREDIT MANAGEMENT, LP,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-2274-TWT

**ORDER**

This is an action under the Fair Debt Collection Practices Act and the Telephone Consumer Protection Act. It is before the Court on the Report and Recommendation [Doc. 63] of the Magistrate Judge recommending that the Defendant's Motion for Summary Judgment [Doc. 39] be GRANTED in part and DENIED in part, and that the Plaintiff's Motion for Summary Judgment [Doc. 44] be DENIED. The Defendant's objections are overruled for the reasons set forth in the thorough and well-reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 39] is GRANTED in part and

DENIED in part. The Plaintiff's Motion for Summary Judgment [Doc. 44] is DENIED.

SO ORDERED, this 15 day of September, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge